PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WAJIHA KORASHI TO SWEDEN | CASE NO. 2:24-MJ-65-CSK<br><br>ORDER TO FILE REDACTED COPY OF COMPLAINT |

The government's motion to unseal the above-referenced case against Wajiha Korashi, keep the original complaint and any reference to the co-defendant sealed, and file a redacted copy of the sealed complaint as to Wajiha Korashi is GRANTED. The original complaint filed May 17, 2024, shall remain sealed until further order of the court.

Dated: May 23, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE