PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2729

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WAJIHA KORASHI TO SWEDEN | CASE NO. 2:24-MJ-0065 CSK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: STATUS CONFERENCE** |

The parties hereby stipulate to reset the status conference to July 10, 2024 at 10:00am before the Hon. Chi Soo Kim. No detention hearing or identity hearing is presently requested.

Dated: May 29, 2024                    Respectfully submitted,

                                       PHILLIP A. TALBERT
                                       United States Attorney

                                       */s/ Audrey B. Hemesath*
                                       AUDREY B. HEMESATH
                                       Assistant United States Attorney
                                       Eastern District of California

                                       */s/ Mia Crager*
                                       MIA CRAGER
                                       Counsel for Wajiha Korashi
                                       Office of the Federal Defender

1

[PROPOSED] ORDER

The status conference in this matter is reset to July 10, 2024, before the Hon. Chi Soo Kim.

Date:  June 3, 2024

_____
Hon. Chi Soo Kim
United States Magistrate Judge