HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
WAJIHA KORASHI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WAJIHA KORASHI TO SWEDEN | Case No.  2:24-MJ-0065-CSK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

The parties stipulate to reset the status conference to August 28, 2024 at 10:00am before the Hon. Chi Soo Kim to prepare for defense preparation.

Respectfully submitted,

Dated: July 3, 2024           HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ *Mia Crager*
                              MIA CRAGER
                              Assistant Federal Defender
                              Attorney for Defendant
                              WAJIHA KORASHI

Dated:  July 3, 2024
                              PHILLIP A. TALBERT
                              United States Attorney

                              /s/ *Audrey B. Hemesath*
                              AUDREY B. HEMESATH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

Stipulation and Order to Continue           -1-
Status Conference

## **ORDER**

The status conference in this matter is reset to August 28, 2024 before the Hon. Chi Soo Kim.

Dated: July 3, 2024

*/s/ Chi Soo Kim*
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE