HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
WAJIHA KORASHI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WAJIHA KORASHI TO SWEDEN | Case No.  2:24-MJ-0065-CSK |
| | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

The parties stipulate to reset the status conference to September 11, 2024 at 10:00am before the Hon. Chi Soo Kim to prepare for defense preparation.

Respectfully submitted,

Dated: August 20, 2024

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
WAJIHA KORASHI

Dated:  August 20, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Audrey B. Hemesath*
AUDREY B. HEMESATH
Assistant U.S. Attorney
Attorney for Plaintiff

1

**<u>ORDER</u>**

2

      The status conference in this matter is reset to September 11, 2024 before the Hon. Chi

3

Soo Kim.

4

5

Dated:  August 21, 2024

6

7

                                _____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28