PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2729

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WAJIHA KORASHI TO SWEDEN | CASE NO. 2:24-MJ-0065 CSK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: STATUS CONFERENCE** |

The parties hereby stipulate to vacate the September 11, 2024 status date, and instead adhere to the following briefing schedule and extradition hearing date:

Government extradition brief due: September 13, 2024

Korashi opposition: September 27, 2024

Government reply: October 4, 2024

Extradition hearing date: October 9, 2024, 10am

1

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant United States Attorney<br>Eastern District of California |
| | /s/ Mia Crager<br>MIA CRAGER<br>Counsel for Wajiha Korashi<br>Office of the Federal Defender |

[PROPOSED] ORDER

The schedule agreed to by the parties is so ordered.

Date:  September 10, 2024

_____
Hon. Chi Soo Kim
United States Magistrate Judge

3