

PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2729

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF WAJIHA KORASHI TO SWEDEN | CASE NO. 2:24-MJ-0065 CSK |

ORDER

The Court having certified the case for extradition on October 30, 2024, at the request of the Government of Sweden, for extradition of Wajiha Korashi, and an affidavit executed by Wajiha Korashi and witnessed by her attorney;

And, further, the Court having been advised in open session that Wajiha Korashi is a fugitive sought by the government of Sweden; that she is aware that the government of Sweden has filed charges against her and has obtained a warrant for her arrest; that she was present at the extradition hearing and understands that the Court certified her case for extradition; that she has been fully advised of her rights in this country pursuant to the extradition treaty in force between the government of the United States and the government of Sweden and Title 18, United States Code, §§ 3184-3196, and that she has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that Wajiha Korashi be committed to the custody of the United States Marshal pending arrival of the duly authorized representatives of the government of Sweden, at

4

which time the United States Marshal shall deliver her to the custody of such authorized representatives to be transported to Sweden to serve a sentence; and

IT IS FURTHER ORDERED that the transfer of physical custody of Wajiha Korashi shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the government of Sweden.

Date: November 1, 2024

_____
Hon. Chi Soo Kim
United States Magistrate Judge
Eastern District of California